Mel M. Marin          9 Mar 2016
3900 Dawnshire Dr.
Parma, OH 44134

FILED
HARRISBURG, PA
MAR 14 2016
MARIA E. ELKINS, CLERK
Per _____
DEPUTY CLERK

Plaintiff
*Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEL M. MARIN, | Civil 1:15-cv-1550 |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF ADDRESS CHANGE AND PROOF OF SERVICE** |
| THE SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; *et al*, | |
| Defendants. | |

Plaintiff's mailing address is above until further notice.

Plaintiff declares under penalty of perjury that on the date below he mailed this NOTICE to the following address by 1st Class US Mail:   Nicole J. Radziewicz, Deputy Att. General, Strawberry Square 15th Floor, Harrisburg, PA 17120.

DATED:  March 9, 2016                 *[signature]*
                                               Mel M. Marin